No. —, Original. *Ex parte:* IN THE MATTER OF BACON BROTHERS COMPANY, PETITIONER. Submitted October 3, 1922. Decided October 9, 1922. Motion for leave to file petition for writ of mandamus or writ of prohibition herein denied. *Mr. George D. Welles* for petitioner.

---

No. 557. DEPARTMENT OF TRADE & COMMERCE OF THE STATE OF NEBRASKA ET AL. *v.* A. J. HERTZ ET AL., RECEIVERS, ETC., ET AL. Appeal from the District Court of the United States for the District of Nebraska. Motion to dismiss or affirm submitted October 3, 1922. Decided October 16, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *Bogart* v. *Southern Pacific Co.,* 228 U. S. 137, 144; *De Rees* v. *Costaguta,* 254 U. S. 166, 173; (2) *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 332–334; *Metropolitan Water Co.* v. *Kaw Valley District,* 223 U. S. 519, 521–522; *Shapiro* v. *United States,* 235 U. S. 412, 415–416. *Mr. John F. Stout, Mr. Halleck F. Rose* and *Mr. Arthur R. Wells* for appellants. *Mr. Bruce W. Sanborn* for appellees.

---

No. 41. PEOPLE OF THE STATE OF NEW YORK EX. REL. PIERCE-ARROW MOTOR CAR COMPANY *v.* WALTER H. KNAPP ET AL., ETC. Error to the Supreme Court of the State of New York. Argued October 9, 1922. Decided October 16, 1922. *Per Curiam.* Affirmed upon the authority of *Kansas City, etc., R. R. Co.* v. *Stiles,* 242 U. S. 111, 118; *Cheney Bros. Co.* v. *Massachusetts,* 246 U. S. 147, 157; *Northwestern Mutual Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132, 139. *Mr. Charles P. Spooner* and *Mr. Ansley W. Sawyer,* with whom *Mr. Joseph G. Dudley* was on the brief, for plaintiff in error. *Mr. Claude T. Dawes,* for defendants in error, submitted.